IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

IN RE:     Eaton Moery Environmental Services, Inc.,     Case No. 2:10-bk-14713
          Debtor-in-Possession     Chapter 11

### UNITED STATES TRUSTEE'S
### MOTION TO DISMISS OR CONVERT CASE

Comes the United States Trustee for Region 13, through the undersigned counsel and for her Motion to Dismiss or Convert Case, respectfully states and alleges as follows:

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1334, 157(a) and Local Rule 83.1 of the District Court.

2. This case was commenced by the filing of a voluntary petition under Chapter 11 of the Code on June 30, 2010. The petition states that the Debtor is not a small business, as defined in 11 U.S.C. § 101(51D). The petition is signed by Glen Eaton, as President of the Debtor Corporation.

3. The meeting of creditors was held and concluded on August 23, 2011.

4. The Bankruptcy Code at 11 U.S.C. § 1112(b)(1) provides that, absent unusual circumstances, when a movant establishes cause, the Court shall either convert to Chapter 7 or dismiss a case filed under this chapter based on whichever is in the best interests of creditors and the estate. The examples listed under § 1112(b) are not exhaustive, and the Court has broad discretion to consider other factors, including lack of good faith in filing, when determining whether to dismiss or convert a Chapter 11 case. *All Denominational New Church v. Pelofsky (In re All Denomina¬tional New Church), 268 B.R. 536, 537 (8th Cir. BAP 2001).*

5. Debtor has failed to provide copies of the revenue bank statements for September 2010 and November 2010. Debtor's failure to provide complete copies of all monthly bank statements in accordance with the UST's guidelines and as required by Local Rule 1020.1, makes it impossible to determine whether or not the Debtor's post-petition expenses are being paid as required. Cause for dismissal exists pursuant to 11 U.S.C. § 1112(b)(4)(F).

6. The Debtor has made payment to an accountant, Jones & Company, in the amount of $4,410.63 paid on November 2, 2010 by check number 39870. Further, Debtor failed to request permission from this Court to pay said professional. Cause for dismissal exists pursuant to 11 U.S.C. § 330..

7. For the reasons stated above, the UST asserts that cause exists for dismissal or conversion of this case and that dismissal or conversion would be in the best interests of the creditors and the estate.

8. Pursuant to 28 U.S.C. § 1930(a)(6), the Debtor is obligated to pay to the UST a minimum of $325.00 for each quarterly period, including any fraction thereof, until a Plan is confirmed, or the case is converted or dismissed, whichever occurs first.

9. If the case is dismissed or converted, the UST shall be entitled to judgment against the Debtor for the full amount of the quarterly fees accrued, plus interest.

10. The UST requests that the following paragraph be incorporated in any order of dismissal or conversion:

> "ORDERED that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) within ten (10) days of the entry of this Order, and simultaneously provide to the United States Trustee an appropriate Affidavit indicating the cash disbursements for the relevant period. If the fee is not paid as hereinbefore set out, the United States Trustee will have judgment against the Debtor for the full amount of the quarterly fee effective ten (10) days from the entry of this Order."

WHEREFORE, the UST respectfully requests the entry of an order converting the Chapter 11 case to a case under Chapter 7; or in the alternative, an order dismissing the Chapter 11 case conditioned upon the payment of all quarterly fees due and owing to the UST, or judgment against the Debtor for the full amount of the quarterly fees, and all other proper relief to which the UST may be entitled.

Respectfully submitted,

NANCY J. GARGULA
UNITED STATES TRUSTEE

CHARLES W. TUCKER
ASSISTANT UNITED STATES TRUSTEE

By: *[signature]*

J. Micah Guster, Bar No. 2010093
Trial Attorney
Office of the United States Trustee
200 West Capitol Avenue, Suite 1200
Little Rock, AR 72201
(501) 324-7357
Fax: (501) 324-7388
James.M.Guster@usdoj.gov

### CERTIFICATE OF SERVICE

I do hereby certify that I have mailed a copy of the foregoing pleading to the following parties of record not receiving electronic notification on this January 24, 2011:

Eaton Moery Environmental Services, Inc.
Glen Eaton, President
1784 Highway 1 North
Wynne, AR 72396

*[signature]*
J. Micah Guster

- 3 -