B104 (08/07) **ADVERSARY PROCEEDING COVER SHEET**
(Instructions on Page 2)

**ADVERSARY PROCEEDING NUMBER** (Court Use Only)

**PLAINTIFFS**
Eaton Moery Environmental Services, Inc.

**DEFENDANTS**
Irwin L. Zanone Marital Trust; Philip R. Zanone, Jr.; Philip R. Zanone, Sr.; Kent Wunderlich; Alva Wunderlich, Sr., Trust; Reid Sanders; Catherine Z. Webb; Terry E. Pagliari; Joseph W. McLeary; Stephen W. Nelson; Lewis K. McKee, Jr.; William A. Leatherman, Jr.; Terry McFarland; Ross R. Johnson; Mary Z. Johnson; Neil R. Johnson; Gregory C. Firtik; J. Lester Crain, Jr.; H. Marcus Carter, Jr.; Briland Venture Capital, LP; J E Brignac, Jr., Holdings, LLC; Delta Environmental Investments, LLC

**ATTORNEYS** (Firm Name, Address, and Telephone No.)
James F. Dowden, 212 Center Street, 10th Floor, Little Rock, AR 72201 501-324-4700

**ATTORNEYS** (If Known)
Russell J. Hensley Evans Petree PC
1000 Ridgeway Loop, Suite 200
Memphis, TN 38120 901-525-6781

**PARTY** (Check One Box Only)
☒ Debtor ☐ Creditor ☐ Trustee ☐ U.S. Trustee ☐ Other

**PARTY** (Check One Box Only)
☐ Debtor ☒ Creditor ☐ Trustee ☐ U.S. Trustee ☐ Other

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Complaint to Avoid Insider Voidable Preferences

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) - Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☒ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
☐ 41-Objection/revocation of discharge - §727(c), (d), (e)

**FRBP 7001(5) - Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
☐ 66-Dischargeability - §523(a)(1), (14), (14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) - Dischargeability (continued)**
☐ 61-Dischargeability §523(a)(5), domestic support
☐ 68-Dischargeability §523(a)(6), willful and malicious injury
☐ 63-Dischargeability §523(a)(8), student loan
☐ 64-Dischargeability §523(a)(15), divorce/sep property settlement/decree
☐ 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
☐ 71-Injunctive relief - reinstatement of stay
☐ 72-Injunctive relief - other

**FRBP 7001(8) - Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) - Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) - Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case - 15 USC §§78aaa *et. seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☐ Check if this case involves a substantive issue of state law

☐ Check if this is asserted to be a class action under FRCP 23

☐ Check if a jury trial is demanded in complaint

Demand $

Other Relief Sought

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Eaton Moery Environmental Services, Inc. | | BANKRUPTCY CASE NO.<br>10-14713 |
| DISTRICT IN WHICH CASE IS PENDING<br>Eastern District of Arkansas | DIVISIONAL OFFICE<br>Helena Division | NAME OF JUDGE<br>James G. Mixon |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>8/23/11 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>/s/ James F. Dowden | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet. When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

Plaintiffs and Defendants. Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

Attorneys. Give the names and addresses of the attorneys, if known.

Party. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

Demand. Enter the dollar amount being demanded in the complaint.

Signature. This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Arkansas**

In re: Eaton Moery Environmental Services, Inc.
Chapter 11 Case No. 2:10-bk-14713

Eaton Moery Environmental Services, Inc. **PLAINTIFF**

Vs. AP NO. 11-______________

Irwin L. Zanone Marital Trust; Philip R. Zanone, Jr.; Philip R. Zanone, Sr.;
Kent Wunderlich; Alva Wunderlich, Sr., Trust;
Reid Sanders; Catherine Z. Webb; Terry E. Pagliari;
Joseph W. McLeary; Stephen W. Nelson; Lewis K. McKee, Jr.;
William A. Leatherman, Jr.; Terry McFarland;
Ross R. Johnson; Mary Z. Johnson; Neil R. Johnson;
Gregory C. Firtik; J. Lester Crain, Jr.; H. Marcus Carter, Jr.;
Briland Venture Capital, LP; J E Brignac, Jr., Holdings, LLC;
Delta Environmental Investment, LLC **DEFENDANTS**

**COMPLAINT TO AVOID INSIDER VOIDABLE PREFERENCES**

Comes now the Debtor/Plaintiff, by and through its counsel, James F. Dowden, and for its complaint, states as follows:

1. Venue and jurisdiction are proper in this Court. This Complaint is a core proceeding and is brought pursuant to §§ 547 and 548 of the Code.

2. On June 30, 2010, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3. Debtor is an Arkansas corporation responsible for collection and management of refuse and debris, i.e., garbage, with numerous contracts with municipalities in 26 counties within the State of Arkansas. It employs approximately 50 employees and continues to operate its day to day business as Debtor in Possession.

4. Upon information and belief, the defendant Irwin L. Zanone Marital Trust is a Trust established in Memphis, Tennessee. The Trustee is unknown but service is accomplished by mailing the complaint certified mail to the only known address for the trust, 4108 Gwynne Road, Memphis, TN 38117. It is further believed Philip R. Zanone, Sr., is the Trustee for the Trust.

5. Upon information and belief, the defendant Philip R. Zanone, Jr., is a resident of Memphis, Tennessee, and can be served at 460 Williamsburg Lane in Memphis, Tennessee 38117. He is the son of Philip R. Zanone, Sr., as well as president of Wunderlich Securities.

6. Upon information and belief, the defendant Philip R. Zanone, Sr., is a resident of Memphis, Tennessee, and the father of Philip R. Zanone, Jr. He can be served at 4108 Gwynne Road, Memphis, TN 38117.

7. Upon information and belief, the defendant Kent Wunderlich is a resident of Memphis, Tennessee, and can be served at 4217 Gwynne Road in Memphis, Tennessee 38117. Defendant is a stockholder and director of Wunderlich Securities.

8. Upon information and belief, the defendant Alva Wunderlich, Sr. Trust is a trust established in Memphis, Tennessee. The Trustee is unknown but can be served at the only known address for the trust, to wit, 4921 William Arnold Road, Memphis, Tennessee 38117. Alva Wunderlich, Sr., is believed to be a director and stockholder of Wunderlich Securities.

9. Upon information and belief, the defendant W. Reid Sanders is a resident of Memphis, Tennessee, and can be served at 5100 Wheelis Drive, Suite 206, Memphis, TN 38117.

10. Upon information and belief, the defendant Catherine Zanone Webb is a resident of Memphis, Tennessee, and can be served at 3738 Northwood Drive, Memphis, Tennessee 38111. She is the daughter of Philip R. Zanone, Sr.

11. Upon information and belief, the defendant Terry E.Pagliari is a resident of Memphis, Tennessee, and can be served at 5835 Gardner Oak Cove in Memphis, Tennessee 38120.

12. Upon information and belief, the defendant Joseph W. McLeary is a resident of Palm Beach, Florida, and can be served at 250 Emerald Lane in Palm Beach, 33480.

13. Upon information and belief, the defendant Stephen W. Nelson is a resident of Collierville, Tennessee, and can be served at 947 Rolling Oaks Lane.

Defendant served on the advisory board until the Chapter 11 filing, and was CEO of the Debtor company from the fall of 2009 to February of 2010.

14. Upon information and belief, the defendant Lewis K. McKee, Jr. is a resident of Memphis, Tennessee, and can be served at 58 Wychewood Drive in Memphis, Tennessee 38117.

15. Upon information and belief, the defendant William A. Leatherman, Jr. is a resident of Greenville, North Carolina, and can be served at P O Box 30725 in Greenville, 27833.

16. Upon information and belief, the defendant Terry Lynn McFarland is a resident of Memphis, Tennessee, and can be served at P O Box 171133 in Memphis, 38187.

17. Upon information and belief, the defendant Ross F. Johnson is a resident of Jupiter, Florida, and can be served at 238 Locha Drive in Jupiter Florida, 33458. He is the father-in-law of Mary Z. Johnson, daughter of Philip R. Zanone, Sr.

18. Upon information and belief, the defendant Mary Z. Johnson is a resident of Atlanta, Georgia, and can be served at 4385 Whitewater Creek Road, in Atlanta, 30327. Mary Z. Johnson is the daughter of Philip R. Zanone, Sr.

19. Upon information and belief, the defendant Neil R. Johnson is a resident of Atlanta, Georgia, and can be served at 4385 Whitewater Creek Road, in Atlanta, 30327.

20. Upon information and belief, the defendant Gregory C. Firtik is a resident of Memphis, Tennessee, and can be served at 8885 Classic Drive in Memphis, 38125. it is believed Mr. Firtik may have served on the advisory board of the Debtor company.

21. Upon information and belief, the defendant Lester J. Crain, Jr., is a resident of Memphis, Tennessee, and can be served at 3030 Midland Avenue in Memphis, 38111.

22. Upon information and belief, the defendant H. Marcus Carter, Jr. is a resident of Lafayette, Louisiana, and can be served at 211 Princeton Woods Loop in Lafayette, 70508.

23. Upon information and belief, the defendant Briland Venture Capital, LP, is a limited partnership headquartered in Memphis, and can be served at 775 Ridgelake Blvd, Suite 100, Memphis, Tennessee 38120. Charles Bolton owns this Defendant, and served on the advisory board of the Debtor company.

24. Upon information and belief, the defendant J E Brignac, Jr., Holdings, LLC is an LLC established in Prairieville, Louisiana, and can be served at 18282 Fountain Hill Boulevard in Prairieville, 70769.

25. Upon information and belief, the defendant Delta Environmental Investments, LLC, is an LLC established in West Palm Beach, Florida. Delta Environmental Investments, LLC, is the owner of 75% of the stock of the Debtor, and is also known as "DEI". The controlling interest in DEI is owned by Briland Venture Capital, LP, which is wholly owned by Charles E. Bolton, who, as indicated, was an advisory board member. It appears DEI took a secured position in collateral of the Debtor, but gave nothing in exchange for that security in February of 2010. Accordingly, any security interest it may claim in personal property of the debtor should be voided.

26. Wunderlich Securities is an investment banking firm in Memphis, with which many of these defendants are affiliated, either by servimg as an officer, director, or shareholder. Wunderlich Securities structured the original private placement in 2007 whereby the ownership of the Debtor was altered significantly; and also prepared the warrants and handled the $800,000 in investments represented by Exhibit 1.

27. For the reasons stated above, as well as for the reasons that follow, these defendants are all "insiders" as the term is defined by the Bankruptcy Code. All defendants maintain a sufficiently close relationship with the Debtor that their conduct should be viewed with closer scrutiny. They are generally controlling persons, related to a controlling person, represented by the same law firm throughout, and have acted in concert both pre- and post-petition. Further, all defendants have filed proofs of claim in this Chapter 11, filed by the Memphis law firm of Evans, Petree, PC, which is also listed an unsecured creditor of the Debtor for $147,600. Evans, Petree, PC, also filed a Proof of Claim in the amount of $179,755.89

28. Each defendant is or was a member of DEI.

29. Since DEI invested in the Debtor, the business affairs have been controlled by an advisory board, the members of which are Terry McFarland, Phil Zanone, Sr., Stephen W. Nelson, Charles E. Bolton, and Gregory C. Firtik.

30. The member of DEI holding the largest ownership interest in the Debtor is Briland Venture Capital, LP, which is owned by Charles E. Bolton.

31. The president of the Debtor, Glen Eaton, reported to and received instruction from the advisory board until the filing of the Chapter 11 petition.

32. Glen Eaton resigned as president and chief operating officer in October of 2009. From that time through the end of February 2010, the advisory board operated the day to day business of the debtor and installed Stephen W. Nelson as chief executive officer.

33. On or about May 27, 2008, the twenty-three investors and owners of DEI invested a total of $800,000 in Eaton Moery Environmental Services, Inc. The list of investors and their respective investments is attached hereto as Exhibit "A".

34. In conjunction with these investments, each member of DEI was awarded a note and a warrant. Interest payments were to be made whereupon after two years, the warrants could be exercised to gain additional stock ownership in the company. These notes were unsecured at the time of their making, and up until February of 2010.

35. On February 22, 2010, without board vote or approval, DEI's attorneys, Evans, Petree, Bogation, PC, caused to be filed with the Arkansas Secretary of State's office, UCC Financing Statements in order to attempt to bootstrap these otherwise unsecured notes into a secured position. Although interest payments ceased in late 2009 or early 2010, the warrants were never exercised.

36. Upon information and belief, a security agreement was signed by Stephen W. Nelson as Chief Executive Officer of Eaton Moery Environmental Services, Inc., on February 12, 2010. Mr. Nelson resigned the next day.

37. These actions (as to Paragraph 25 only) constitute a fraudulent transfer pursuant to Section 548 of the Code in that the Debtor received no equivalent value in

exchange for its granting a security interest in its personal property, at a time when the Debtor was insolvent.

38. These actions are also insider voidable preferences pursuant to Section 547(b) in that it permitted creditors who held unsecured notes, and who were insiders, to be raised to a secured status within less than five months of the Chapter 11 filing, thereby permitting them to receive more – by this transfer – than they would otherwise stand to receive in the event of a Chapter 7.

39. The execution of this security agreement and filing of the UCCs described above, were ultra vires acts, and as such void ab initio, as taken without proper corporate authority, as well as without proper board vote, or resolution.

40. Alternatively, for all the foregoing reasons, the obligations claimed to be owed by Debtor to these defendants should be classified as equity as opposed to debt.

Wherefore, for all the foregoing reasons, Eaton Moery Environmental Services, Inc., requests these transfers be voided, the amounts on Exhibit A be classified as equity, and for all other relief to which it is entitled.

Respectfully submitted,
/s/ James F. Dowden
Counsel for the Debtor/Plaintiff
212 Center Street, Tenth Floor
Little Rock, Arkansas 72201
501-324-4700

# EXHIBIT A

| NAME | ADDRESS | | CITY, ST | ZIP | Phone | Loan Amount | Quarterly Interest Payment |
|---|---|---|---|---|---|---|---|
| Philip R. Zanone | 4108 Gwynne Rd. | | Memphis, TN | 38117 | 901.680.7700 | 36,000 | 540.00 |
| Philip R. Zanone, Jr. | 460 Williamsburg Ln | | Memphis, TN | 38117 | 901.251.1330 | 16,000 | 240.00 |
| Irwin L. Zanone | 4108 Gwynne Rd. | | Memphis, TN | 38117 | 901.680.7700 | 36,000 | 540.00 |
| **Briland Venture Capital, LP** | 775 Ridgelake Blvd | Suite 100 | Memphis, TN | 38120 | 901.766.4534 | 264,000 | 3,960.00 |
| Terry Lynn McFarland | PO Box 171133 | | Memphis, TN | 38187 | 901.680.7700 | 32,000 | 480.00 |
| Lewis K. McKee Jr. | 58 Wychewood Dr. | | Memphis, TN | 38117 | 901.680.7700 | 16,000 | 240.00 |
| **Gregory C. Firtik** | 8885 Classic Drive | | Memphis, TN | 38125 | 901.766.4534 | 16,000 | 240.00 |
| Stephen W. Nelson | 947 Rolling Oaks Lane | | Collierville, TN | 38017 | 901.766.4534 | 16,000 | 240.00 |
| J. Lester Crain, Jr | 3030 Midland Ave | | Memphis, TN | 38111 | 901.323.3659 | 56,000 | 840.00 |
| W. Reid Sanders | 5100 Wheelis Drive | Suite 206 | Memphis, TN | 38117 | 901.682.1101 | 56,000 | 840.00 |
| Joseph W. McLeary | 250 Emerald Lane | | Palm Beach, FL | 33480 | 561.802.6198 | 24,000 | 360.00 |
| Kent Wunderlich | 4217 Gynne Road | | Memphis, TN | 38117 | 901.756.2848 | 36,000 | 540.00 |
| Alvin Wunderlich Sr. Trust | 4921 William Arnold Rd. | | Memphis, TN | 38117 | 901.251.1330 | 36,000 | 540.00 |
| H. Marcus Carter | 211 Princeton Woods Loop | | Lafayette, LA | 70508 | 337.362.5690 | 16,000 | 240.00 |
| J.E. Brignac, Jr. Holdings, LLC | 18282 Fountain Hill Blvd. | | Prairieville, LA | 70769 | 337.942.5691 | 16,000 | 240.00 |
| **Catharine Zanone Webb** | 3738 Northwood Dr. | | Memphis, TN | 38111 | 901.324.9490 | 16,000 | 240.00 |
| F. Ross Johnson | 238 Locha Drive | | Jupiter, FL | 33458 | 561.745.5476 | 32,000 | 480.00 |
| **Mary Zanone Johnson** | 4385 Whitewater Creek Rd. | | Atlanta, GA | 30327 | 404.848.9456 | 16,000 | 240.00 |
| Neil R. Johnson | 4385 Whitewater Creek Rd. | | Atlanta, GA | 30327 | 404.848.9456 | 32,000 | 480.00 |
| **W.A. Leatherman, Jr** | PO Box 30725 | | Greenville, NC | 27833 | 252.830.2277 | 16,000 | 240.00 |
| Terry Pagliari | 5835 Garden Oak Cove | | Memphis, TN | 38120 | 901.683.8380 | 16,000 | 240.00 |
| | | | | | Total | 800,000 | **12,000.00** |

***** Quarterly checks are due August 27th, November 27th, February 27th, and May 27th**