IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

IN RE: CHAPTER 11

EATON MOERY ENVIRONMENTAL　　CASE NO. 2:10-bk-14713
SERVICES, INC. DBA DELTA
ENVIRONMENTAL SERVICES, INC.,

DEBTOR

### OBJECTION TO CONFIRMATION OF DEBTOR'S AMENDED PLAN

Comes now Bank of the Ozarks ("Trustee"), of the Eaton Moery Environmental Services, Inc. Taxable Debentures (the "Bond Issue"), by and through counsel, Randy Coleman and Jack Nelson Jones & Bryant, P.A., and for its Objection to Confirmation of Debtor's Amended Plan (the "Plan") alleges and states:

1. The Plan purposes to reduce the monthly payments to Trustee and to extend the maturity date of the Bond Issue.

2. The Plan proposed by the Debtor requires that the Trustee obtain approval of the Bondholders as provided in the Bond Issue. The Plan as proposed by the Debtor requires amendments to the Bond Issue modifying the various maturity dates of the outstanding bonds. The Plan does not provide for such modifications.

3. The Trustee has not been able to obtain such required approval for the Modification of the Bond Issue from the Bondholders. Consequently, the Trustee objects to confirmation of the Plan.

4. The Plan fails to provide adequate means for the implementation of the Plan as required by § 1123(5) of the Bankruptcy Code.

WHEREFORE, the Trustee prays that confirmation of the Plan be denied and for all other proper and appropriate relief.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | JACK NELSON JONES<br>& Bryant, P.A.<br>2800 Cantrell Road, Suite 500<br>Little Rock, AR 72202-2043<br>(501) 375-1122 |
|  | By: */s/Randy Coleman*<br>    Randy Coleman<br>    Ark. Bar No. 70018 |
| October 7, 2011 | grc@jacknelsonjones.com |

## CERTIFICATE OF SERVICE

I, Randy Coleman, do hereby certify that on October 7, 2011, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notice to the following:

**James F. Dowden**
JAMES F. DOWDEN, P.A.
212 Center Street, 10th Floor
Little Rock, AR 72201
(501) 324-4700
Email: jfdowden@swbell.net

*U.S. Trustee*
Office of U.S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR 72201
501-324-7357
Email: USTPRegion13.LR.ECF@usdoj.gov


 */s/ Randy Coleman*