IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Arkansas

In re: Eaton Moery Environmental Services, Inc.
Chapter 11                                                                          Case No. 2:10-bk-14713

**MOTION TO CONTINUE HEARING OF NOVEMBER 18, 2011**

Debtor-in-Possession, Eaton Moery Environmental Services., by and through its counsel, James F. Dowden, PA, respectfully moves this Court for entry of an order continuing the hearing, saying:

1. Venue and jurisdiction are proper in this Court.

2. On June 30, 2010, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3. There is currently a hearing scheduled for November 18, 2011, described on the docket as:

| | | |
|---|---|---|
| 10/19/2011 | 295 | Hearing Continued (RE: related document(s) 251 *Motion for Relief from Stay and Motion to Set Aside*.Fee Amount $150 Filed by Jeannette A. Robertson on behalf of City of Trumann, Arkansas filed by Creditor City of Trumann, Arkansas) Hearing scheduled for 11/18/2011 at 09:00 AM at Judge Mixon's Courtroom - continued from 10/21/11. (Berg, Kaye) (Entered: 10/19/2011) |

4. On November 18, 2011, Counsel for the Debtor will be traveling out of the State of Arkansas, and respectfully requests a continuance.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order continuing the hearing, and granting such other and further relief as is just and proper.

Respectfully submitted,

/s/ James F. Dowden
James F. Dowden, Esq.
Counsel for Debtor
212 Center Street, Tenth Floor
Little Rock, Arkansas 72201
501-324-4700
Facsimile 501-374-5463
JFDowden@swbell.net

CERTIFICATE OF SERICE: I certify that a copy of this motion has been served upon James.M.Guster@usdog.gov, for the US Trustee's office, Jeannette A. Robertson, counsel for the creditor, on this 24th day of October, 2011.          /s/ James F. Dowden